IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Martha A. Castellon-Vogel, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:17cv645 |
| | : Judge Susan J. Dlott |
| International Paper Company, | : |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 18, 2018 a Report and Recommendation (Doc. 24). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 25) and defendant filed a response to the objections (Doc. 29).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, this case is DISMISSED for lack of subject matter jurisdiction and TERMINATED on the docket of this Court.

Plaintiff's motion for judgment on the pleadings (Doc. 9) is DENIED as MOOT.

Defendant's motion to strike (Doc. 16) and motion for judgment on the pleadings on its counterclaim (Doc. 17) is DENIED as MOOT.

IT IS SO ORDERED.

                                                                   ___s/Susan J. Dlott_____
                                                                   Judge Susan J. Dlott
                                                                   United States District Court